# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fogel, Jeremy D. | Federal Judicial Center | 05/18/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Federal Judicial Center
One Columbus Circle, N.E.
Washington, DC 20002-8003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/30/81 | California Judicial Retirement System: entitled to receive approximately 61% of the current salary of a California Superior Court Judge |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | California Judicial Retirement System | $107,730.66 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of American Law Schools | January 8-9 | New York,, NY | Panelist at conference | Transportation, meals and lodging |
| 2. | Ecole Nationale de la Magistrature | February 4-9 | Paris, France | Presenter/participant at judicial conference on terrorism cases | Transportation, meals and lodging |
| 3. | Institute for the Advancement of the American Legal System | February 24-26 | Denver, CO | Presenter at conference | Transportation, meals and lodging |
| 4. | Academy of Court-Appointed Masters | March 31-April 1 | Atlanta, GA | Presenter at conference | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

| 5. | Federal Circuit Bar Association | June 23-25 | Nashville, TN | Presenter at conference | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley(x) | Liquidity Access Line of Credit | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley brokerage account (assets listed below) | | | | | | | | | |
| 2. --Vanguard Consumer Dsc ETF | A | Dividend | K | T | | | | | |
| 3. --Vanguard Financials ETF | D | Dividend | K | T | | | | | |
| 4. --Vanguard Small Cap ETF | C | Dividend | K | T | | | | | |
| 5. --Vanguard Mid-Cap ETF | C | Dividend | K | T | Sold (part) | 12/23/16 | J | A | |
| 6. --IShares S&P 500 Growth ETF | C | Dividend | L | T | | | | | |
| 7. --IShares S&P 500 Value ETF | D | Dividend | M | T | | | | | |
| 8. --IShares Select Dividend ETF | C | Dividend | K | T | | | | | |
| 9. --Vanguard FTSE Developed Mkts E | A | Dividend | K | T | | | | | |
| 10. --Vanguard FTSE Emerging Markets | A | Dividend | K | T | | | | | |
| 11. --IShares Nat Amt-Fre Mun Bd ETF | A | Dividend | K | T | Sold (part) | 12/23/16 | J | A | |
| 12. --Wisdomtree Trust Japan Hedge EQ | A | Distribution | | | Sold | 11/21/16 | K | A | |
| 13. --IShares Interim Credit Bd ETF | A | Dividend | L | T | | | | | |
| 14. --E V ADV Floating Rate | B | Dividend | L | T | | | | | |
| 15. --Western Asset Muni High Inc I | A | Dividend | L | T | Sold (part) | 12/23/16 | J | A | |
| 16. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 17. DC College Savings Plan (assets listed below)(x)(see Part VIII) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DC College Savings 2031 Portfolio | A | Dividend | J | T | Buy | 12/27/16 | J | | |
| 19. Morgan Stanley IRA#1 (assets listed below | | | | | | | | | |
| 20. --Morgan Stanley Bank(x) (see note 2, part VIII in 2015 report) | A | Interest | J | T | | | | | |
| 21. --Vanguard Consumer Dsc ETF | A | Dividend | J | T | | | | | |
| 22. --Vanguard Financials ETF | A | Dividend | J | T | | | | | |
| 23. --Vanguard Small Cap ETF | A | Dividend | J | T | | | | | |
| 24. --Vanguard Mid-Cap ETF Index | A | Dividend | J | T | | | | | |
| 25. --IShares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 26. --IShares S&P Value ETF | A | Dividend | J | T | | | | | |
| 27. --IShares Dividend Appreciation (previouly Select Dividend ETF) | A | Dividend | J | T | | | | | |
| 28. --Vanguard FTSE Developed Mkts E | A | Dividend | J | T | | | | | |
| 29. --Vanguard FTSE Emerging Markets | A | Dividend | J | T | | | | | |
| 30. --Wisdomtree Trust Japan Hedge | A | Distribution | | | Sold | 11/21/16 | J | A | |
| 31. --IShares Interim Credit Bd ETF | A | Dividend | J | T | | | | | |
| 32. --Spdr Barclays Capital High Yield | A | Dividend | J | T | | | | | |
| 33. --E V Adv Floating Rate I | A | Dividend | J | T | | | | | |
| 34. --Industrial Sel Sec Spdr Fd(x) | A | Dividend | J | T | Buy | 11/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley IRA#2 (assets listed below) | | | | | | | | | |
| 36. --Morgan Stanley Bank(x) (see note 2, part VIII in 2015 report) | A | Interest | J | T | | | | | |
| 37. --Vanguard Consumer Dsc ETF | A | Dividend | J | T | | | | | |
| 38. --Vanguard Financials ETF | A | Dividend | J | T | | | | | |
| 39. --Vanguard Small Cap ETF | A | Dividend | J | T | | | | | |
| 40. --Vanguard Mid-Cap ETF Index | A | Dividend | J | T | | | | | |
| 41. --IShares S&P Growth ETF | A | Dividend | J | T | | | | | |
| 42. --IShares S&P Value ETF | A | Dividend | J | T | | | | | |
| 43. --IShares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 44. --Vanguard FTSE Developed Mkts E | A | Dividend | J | T | | | | | |
| 45. --Vanguard FTSE Emerging Mkts | A | Dividend | J | T | | | | | |
| 46. --Wisdomtree Trust Japan Hedge EQ | A | Distribution | J | T | | | | | |
| 47. --IShares Interim Credit Bd ETF | A | Dividend | J | T | | | | | |
| 48. --Spdr Barclays Capital High Yield | A | Dividend | J | T | | | | | |
| 49. --E V Adv Floating Rate I | A | Dividend | J | T | | | | | |
| 50. Trust #1 (assets listed below) | | | | | | | | | |
| 51. --Doubleline Fds Total Return Bd Fd | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Pioneer Ser Tr VI Fltg Rate Fd | D | Dividend | N | T | | | | | |
| 53. --Templeton Income Tr Global Bd FD | D | Dividend | N | T | | | | | |
| 54. --Intel Corp. | B | Dividend | K | T | | | | | |
| 55. --Potash Corp. of Saskatchewan | | None | K | T | | | | | |
| 56. --Realty Income REIT | | None | K | T | | | | | |
| 57. --Teradata Corp. | | None | K | T | | | | | |
| 58. --Transocean Ltd. Ordinary Shares | | None | K | T | | | | | |
| 59. Pointright Holdings, Inc. | | None | J | U | | | | | |
| 60. Rental property--Santa Clara County, CA | F | Rent | P1 | W | | | | | |
| 61. Two undeveloped lots--Placer County, CA | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/18/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment listed at line 17 of Part VII is a Section 529 plan for a family member. The only asset of the fund identified in the annual and quarterly reports I receive from the plan is listed on line 18. I have no control over or knowledge of the underlying contents of the DC College Savings 2031 Portfolio. The reports I have received contain the following statement: "The Plan's Portfolios invest in: (i) exchange-traded funds, (ii) mutual funds and (iii) a funding agreement. Investments in The Plan are municipal securities that will vary with market conditions,"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544